# NOTES

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

81,954-01
5-30-15

Andrew Brown
1612077
Coffield unit
2661 FM 2054
Tennesse-Colony TX

For my 11.07 Form

Gonzales TX
court House

To courts of criminal Appeals
of Texas

**This document contains some pages that are of poor quality at the time of imaging.**

Please Read The Real Oopys of The Waelder TX Police Report And Wher The Pants came From The Waelder Police. Evadents

I Have got A Letter From gonzales county court With Facks From The county Attorny Sent To Me And To criminal Appeals Those Faks whor Not Tru And it Was Not The regenole copy of The Police Report, The Supumentaly or The DNA, Evadents, And The Lawer Forrest Penny Denid And Said False Said That Victum whor pants To The Hospital And They got my DNA From. Was made up Because Said That victum whor pants To The Hospital And They got my DNA From. Was made up Because The Real Police Report Said They Found A Pair pants At The Victum House. I would Like for you To Do A DNA TeST ON The Pants Agiwe cause it wan't show My DNA on The Pant. They Found. Can you please Look At The Regenal Copys of The Police Report That Staded That when EMS Talk To The Victum From Her Home To The Hospital And you Will See The DiFFrent Copys of What county Attony of Gonzales Sent To you That was More made up And Lot Left out. I (Thank you) For Reading This Letter A Tru Letter

My unit is ON Lock Down I Had No Paper I Had To Write This quit Thank you